Filed 5/2/2018
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KAREN PAGANI, Ph.D. § | |
| *Plaintiff,* § | |
| § | CASE NO. A:15-CV-1149-ML |
| V. § | |
| § | |
| THE UNIVERSITY OF TEXAS § | |
| AT AUSTIN § | |
| *Defendant.* § | |

# VERDICT FORM

## Gender Discrimination Questions

*Please answer the following questions.*

### Question 1:

Has Plaintiff Karen Pagani proved that David Birdsong would not have provided negative information about her and recommended denying tenure but for (meaning, in the absence of) her gender?

      Answer Yes or No: __No__

### Question 2:

Has Plaintiff Karen Pagani proved that David Birdsong acted with the intent that Plaintiff Karen Pagani would suffer an adverse employment action, i.e, be denied tenure, as a result of David Birdsong's act?

      Answer Yes or No: __No__

### Question 3:

Has Plaintiff Karen Pagani proved that William Powers would not have decided to deny tenure to her but for (meaning, in the absence of) David Birdsong's actions and recommendation against awarding her tenure?

      Answer Yes or No: __No__

*Please proceed to the next page.*

2

## Retaliation Questions

*Please answer the following questions.*

### Question 4:

Has Plaintiff Karen Pagani proved that David Birdsong would not have provided negative information and recommended denying her tenure but for (meaning, in the absence of) Plaintiff Karen Pagani's 2013 complaints about gender discrimination in pay?

    **Answer Yes or No:** __Yes__

### Question 5:

Has Plaintiff Karen Pagani proved that David Birdsong acted with the intent that Plaintiff Karen Pagani would suffer an adverse employment action, i.e, be denied tenure, as a result of David Birdsong's act?

    **Answer Yes or No:** __Yes__

### Question 6:

Has Plaintiff Karen Pagani proved that William Powers would not have decided to deny tenure to her but for (meaning, in the absence of) David Birdsong's actions and recommendation against awarding her tenure?

    **Answer Yes or No:** __No__

*Please proceed to the next page.*

*Answer the following question only if you answered "Yes" to all of the Gender Discrimination Questions or "Yes" to all of the Retaliation Questions, or both.*

*If you answered "No" to any of the Gender Discrimination Questions <u>and</u> "No" to any of the Retaliation Questions, do not answer the following question and instead proceed to sign the verdict form.*

**Question 7:**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Karen Pagani for the damages, if any, you have found Defendant University of Texas at Austin caused Plaintiff Karen Pagani?

Answer in dollars and cents for the following items and none other:

1. Past inconvenience, mental anguish, and loss of enjoyment of life.

    $_____

2. Future inconvenience, mental anguish, and loss of enjoyment of life.

    $_____

3. Wages and benefits from September 1, 2016 to today.

    $_____

### VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

05-02-18
DATE

HON. MARK LANE
UNITED STATES MAGISTRATE JUDGE

4